IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Flexible Foam Products, LLC,  Case No. 3:14 CV 693

               Plaintiff,  O R D E R

      -vs-  JUDGE JACK ZOUHARY

Charles L. Moeller, et al.,

               Defendants.

     This matter is scheduled for a Case Management Conference on June 24, 2014 at 3:00 p.m. (Doc. 18). Currently pending are Defendant Charles Moeller's Motion to Dismiss or in the Alternative Motion to Stay (Doc. 16) and Defendants Daven Stedke and Hume Supply, Inc.'s Motion to Dismiss (Doc. 17). If Plaintiff wishes to amend the Complaint in light of these pending Motions, it is given leave to do so. Upon filing of an Amended Complaint, this Court will deny the pending Motions to Dismiss without prejudice; no opposition to either pending Motion need be filed.

     With respect to Moeller's Motion to Stay, all parties who wish to be heard on this Motion may file a position brief, not to exceed five (5) pages, by **June 20, 2014**. This Court will rule on the Motion to Stay at the Case Management Conference.

     IT IS SO ORDERED.

                                                     s/ *Jack Zouhary*
                                                     JACK ZOUHARY
                                                     U. S. DISTRICT JUDGE

                                                     June 2, 2014